JASON P. GONZALEZ (CA BAR NO. 178768)
ROBERT B. YOSHITOMI (CA BAR NO. 58710)
NIXON PEABODY LLP
555 West Fifth Street, 46th Floor
Los Angeles, California 90013-1010
Telephone:   (213) 629-6000
Facsimile:    (213) 629-6001
Email:          jgonzalez@nixonpeabody.com
                    ryoshitomi@nixonpeabody.com

Attorneys for Specially-Appearing Defendants
Grand China Shipping(Yantai) and Ocean Container
Trading (Hong Kong) Company Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S,<br><br>           Plaintiff,<br><br>    vs.<br><br>GRAND CHINA SHIPPING (HONG KONG) CO. LTD.; GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO. LTD.; HNA GROUP CO. LTD.; OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED,<br><br>           Defendants. | No.: CV-12-0171-CBM(PLAx)<br><br>**ORDER REGARDING RELEASE OF SHIPPING CONTAINERS PURSUANT TO THIRD STIPULATION** |

The Court, having reviewed the Third Stipulation Regarding Release of Shipping Containers filed in this matter, and good cause appearing, hereby ORDERS:

1.     All containers listed in Exhibit A to the Third Stipulation Regarding Release of Shipping Containers filed in this matter are not subject to attachment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims, and therefore may leave Total Terminal International's facility forthwith.

2. The shipping containers listed in the spreadsheet attached as Exhibit B to the Third Stipulation Regarding Release of Shipping Containers filed in this matter are not to be released pursuant to this stipulation. Nothing in this stipulation, however, should be understood to preclude any later agreement or request by one or more parties to release, move, or otherwise dispose of some or all of the remaining containers, including those listed in Exhibit B.

IT IS SO ORDERED.

Dated: June 11, 2012

HON. CONSUELO MARSHALL
U.S. DISTRICT COURT JUDGE

Approved as to form:

Dated: _____, 2012        ROBERTS & KEHAGIARAS LLP


By_____
       Theodore H. Adkinson
       Attorneys for Plaintiff
       Dampskibsselskabet Norden A/S

/ / /

/ / /

/ / /

-2-
ORDER REGARDING RELEASE OF CONTAINERS PURSUANT TO THIRD STIPULATION

1
2
3   Dated: _____, 2012          NIXON PEABODY LLP
4
5                                   By_____
                                        Jason P. Gonzalez
6                                       Attorneys for Specially-Appearing Defendants
                                        Grand China Shipping (Yantai) and Ocean Container
7                                       Trading (Hong Kong)
8
9   Dated: _____, 2012          FLYNN, DELICH & WISE LLP
10
11                                  By_____
                                        Erich P. Wise
12                                      Attorneys for Total Terminals International
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
ORDER REGARDING RELEASE OF CONTAINERS PURSUANT TO THIRD STIPULATION