ROBERTS & KEHAGIARAS LLP
THEODORE H. ADKINSON (State Bar No. 167350)
tha@tradeandcargo.com
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

CHALOS & CO, P.C.
George A. Gaitas (Fed. Bar No. 705176)
*Admitted Pro Hac Vice*
7210 Tickner Street, Houston, TX 77055
Telephone: (713) 936-2427
Facsimile: (866) 702-4577
Email: gaitas@chaloslaw.com

*Attorneys for Plaintiff*
DAMPSKIBSSELSKABET NORDEN A/S

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

DAMPSKIBSSELSKABET NORDEN A/S,

Plaintiff,

vs.

GRAND CHINA SHIPPING (HONG KONG) CO., LTD., GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO., LTD; HNA GROUP CO. LTD.; OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED,

Defendants.

**CASE NO.: 2:12-cv-171**

IN ADMIRALTY

**JOINT STATUS REPORT**

**TO THE HONORABLE JUDGE OF THIS COURT:**

COME NOW, Plaintiff, DAMPSKIBSSELSKABET NORDEN A/S (hereinafter "NORDEN A/S" or "Plaintiff") and Specially Appearing Defendants GRAND CHINA SHIPPING (YANTAI) CO., LTD. and OCEAN CONTAINER TRADING (HONG KONG)

COMPANY LIMITED (hereinafter "GCS YANTAI" and "OCEAN CONTAINER" respectively) (collectively "the Parties"), by and through their respective undersigned counsel, and file this Joint Status Report for the above captioned matter. The Parties would respectfully show as follows:

## I. Procedural Background

This is an ancillary Rule B attachment case commenced on January 6, 2012 in order to obtain security in aid of a pending London Maritime Arbitrators Association ("LMAA") arbitration proceeding. *See* Doc. 1. Plaintiff has attached property in the Central District of California belonging to Specially Appearing Defendants in the form of approximately 191 containers currently held at the terminal of Total Terminals International and has attached any tangible and/or intangible assets, debts, credits, and/or effects of the Specially Appearing Defendants in the hands of garnishee Norton Lilly. This matter was stayed by the Court on January 9, 2013, pending the conclusion of the underlying arbitration in London against Defendant Grand China Shipping (Hong Kong) Co. Ltd ("GCS HK").[1] *See* Doc. 29. Specially Appearing Defendants are not parties in the underlying arbitration. As part of the Court's Order, the parties were directed to provide a joint quarterly letter update on the status of the London proceedings to the Court. *Id.*

## II. LMAA Arbitration and English High Court Proceedings

As set forth in the April 1, 2013 status report, Plaintiff served its initial Claim Submissions in the LMAA proceedings against Grand China Shipping (Hong Kong) Ltd. ("GCS HK"), on January 16, 2013. Following numerous failures to file its Defence Submissions, as directed by the Arbitration Tribunal, GCS HK ultimately served its Defence Submissions on March 20, 2013. While the LMAA arbitration was continuing to proceed, on June 7, 2013, GCS HK's English counsel advised Plaintiff that GCS HK has been put into involuntary liquidation in Hong Kong (by a third party unrelated to this action or the LMAA arbitration proceeding). The provisional

[1] GCS HK has not moved, answered, or otherwise appeared in this action.

liquidator of GCS HK applied to the English High Court of Justice for recognition of the Hong Kong proceeding as a foreign main proceeding, and the stay and suspension of any actions or proceedings against GCS HK. An Order was issued on June 3, 2013 by the English High Court of Justice granting the provisional liquidator's application, effectively staying all proceedings in England against GCS HK, including the London arbitration proceeding.[2] Notwithstanding, Plaintiff has now (or will shortly) commenced proceedings in the English High Court of Justice against Grand China Logistics Holdings (Group) Company Limited, the performance guarantor of the charter party, and a liable party for the breach of the maritime contract at issue in this matter.

## CONCLUSION

**WHEREFORE**, Plaintiff continues to actively pursue its underlying substantive claims as set forth above, it is respectfully requested that the Court maintain the *status quo* of this ancillary proceeding. Furthermore, it is respectfully requested that the Court direct the next Status Report to be filed with the Court on or before **Tuesday, October 1, 2013**.

Respectfully Submitted

DATED: July 1, 2013

ROBERTS & KEHAGIARAS LLP

By: /s/ Theodore H. Adkinson

Theodore H. Adkinson
One World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923
tha@tradeandcargo.com

[2] At this time, the provisional liquidators administering GCS HK's Hong Kong bankruptcy proceeding have not sought recognition of the Hong Kong bankruptcy in the United States. As such, the status quo of this Rule B attachment proceeding is not affected, as the Plaintiff is pursuing its principal claims against the guarantor, Grand China Logistics Holdings (Group) Company Limited, another named defendant in this action.

- and -

/s/ George A. Gaitas
George A. Gaitas (Fed. Bar No. 705176)
*Admitted Pro Hac Vice*
CHALOS & CO, P.C.
7210 Tickner Street, Houston, TX 77055
Telephone: (713) 936-2427
Facsimile: (866) 702-4577
Email: gaitas@chaloslaw.com

*Attorneys for Plaintiff*
DAMPSKIBSSELSKABET NORDEN A/S

NIXON PEABODY, LLP

By: /s/ Jason P. Gonzalez (by permission)
Jason P. Gonzalez
Gas Company Tower
555 West Fifth St., 46th Floor
Los Angeles, CA 90013
Telephone: (213) 629-6019
Facsimile: (866) 233-7749
Email: jgonzalez@nixonpeabody.com

Attorneys specially appearing for Defendants GRAND CHINA SHIPPING (YANTAI) CO. LTD. and OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMTIED