ROBERTS & KEHAGIARAS LLP
THEODORE H. ADKINSON (State Bar No. 167350)
tha@tradeandcargo.com
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
One World Trade Center, Suite 2350
Long Beach, CA 90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

*Attorneys for Plaintiff*
DAMPSKIBSSELSKABET NORDEN A/S

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DAMPSKIBSSELSKABET NORDEN A/S, <br><br> Plaintiff, <br><br> vs. <br><br> GRAND CHINA SHIPPING (HONG KONG) CO., LTD., GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED; GRAND CHINA SHIPPING (YANTAI) CO., LTD; HNA GROUP CO. LTD.; OCEAN CONTAINER TRADING (HONG KONG) COMPANY LIMITED, <br><br> Defendants. | CASE NO.: CV-12-0171-CBM (PLAx) <br><br> IN ADMIRALTY <br><br> [PROPOSED] ORDER OF DISMISSAL <br><br> JS-6 |

Based on the Stipulation of the parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED THAT**:

1. The captioned action be and is hereby dismissed with prejudice, each party to bear its own costs;

2. The Order Authorizing Issuance of Process of Maritime Attachment and Garnishment dated January 6, 2012, be and is hereby vacated.

Dated: APR - 8 2014          _____
                             UNITED STATES DISTRICT JUDGE

-1-

[Proposed] Order of Dismissal
Case No.: 2:12-cv-171